**Alfred H. Wiedhofft, appellee, v. Commercial Car Unit Company, appellant. Gen. No. 26,881.**

Action for commission on the sale of motor trucks. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed June 26, 1922.

Fyffe, Ryner, Dale & Clarke, for appellant. Eugene J. Bamberger, for appellee; Oscar A. Neumer, of counsel.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**The Gates Company, appellee, v. Armstrong Tire & Vulcanizing Company, appellant. Gen. No. 26,947.**

Action for goods delivered to defendant. Set-off claimed for sum paid before discovery that goods were not as ordered. Claim of set-off stricken and judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Matchett, J., dissenting. Opinion filed June 26, 1922.

King, Brower & Hurlbut, for appellant. Mills & Howe, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**John J. Healy, one of the surviving partners of Chytraus, Healy & Frost, defendant in error, v. Cornelia H. Catherwood et al., plaintiffs in error. Gen. No. 26,989.**

Assumpsit for professional and legal services and expenses incurred. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. Anton T. Zeman, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed June 26, 1922.

Landon & Holt, for plaintiffs in error. John J. Healy, *pro se.*

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Janie Rhodes; plaintiff in error. Gen. No. 26,992.**

Prosecution for larceny of gas and feloniously receiving same. Defendant convicted of receiving stolen property. Error to the Criminal Court of Chicago; the Hon. Charles M. Thomson, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed June 26, 1922.

S. A. T. Watkins and James E. White, for plaintiff in error. Robert E. Crowe, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Clyde C. Fisher, of counsel.

Mr. Presiding Justice Dever delivered the opinion of the court.